IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ETHEL KAMARA                     :    CIVIL ACTION
                                 :
          v.                     :
                                 :
COLUMBIA HOME LOANS, LLC,        :
et al.                           :    NO. 08-5998
```

ORDER

AND NOW, this 24th day of July, 2009, upon consideration of the motions to dismiss filed by defendants OceanFirst Financial Corporation ("OceanFirst") and Columbia Home Loans, LLC ("Columbia") (Docket No. 30), and by defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), EMC Mortgage Corporation ("EMC"), and Bank of America, National Association ("Bank of America") (Docket No. 33), the plaintiff's omnibus opposition (Docket No. 38), the reply briefs filed by the defendants (Docket Nos. 41, 42), and the plaintiff's omnibus rebuttal brief (Docket No. 46), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motions are GRANTED.  The moving defendants are hereby DISMISSED from this case.  IT IS FURTHER ORDERED THAT:

1.   Counts I, V, VI, and VII of the Amended Complaint are DISMISSED in their entirety.

2.   Count II of the Amended Complaint is DISMISSED as to Columbia, OceanFirst, MERS, EMC, and Bank of America, and in

its entirety as it pertains to the plaintiff's claim regarding a "qualified written request."

       3.   Count IV of the Amended Complaint is DISMISSED as to Columbia, OceanFirst, MERS, EMC, and Bank of America.

                                    BY THE COURT:

                                    /s/ Mary A. McLaughlin
                                    MARY A. McLAUGHLIN, J.